1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

11  MAXIT DESIGNS, INC., a
    California corporation,
12                        `
              Plaintiff,              CIV. NO. S-05-1040 WBS DAD
13
         v.
14
    COVILLE, INC.,
15
              Defendant.
16

17                         ----oo0oo----

18

19            STATUS (PRETRIAL SCHEDULING) ORDER

20          After reviewing the parties' Joint Status Report, the

21  court hereby vacates the Status (Pretrial Scheduling) Conference

22  scheduled for August 15, 2005, and makes the following findings

23  and orders without needing to consult with the parties any

24  further:

25          I.   SERVICE OF PROCESS

26          All named defendants have been served and no further

27  service is permitted without leave of court, good cause having

28  been shown under Fed. R. Civ. P. 16(b).

1            II.   JOINDER OF PARTIES/AMENDMENTS

2            No further joinder of parties or amendments to

3  pleadings is permitted except with leave of court, good cause

4  having been shown under Fed. R. Civ. P. 16(b).   See Johnson v.

5  Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

6            III.   JURISDICTION/VENUE

7            Jurisdiction is predicated upon 28 U.S.C. § 1332

8  (diversity). Venue is undisputed and is hereby found to be

9  proper.

10           IV.   DISCOVERY

11           The parties have stipulated that each party will serve

12 the initial disclosures required by Fed. R. Civ. P. 26 (a)(1) by

13 no later than August 29, 2005.

14           The parties shall disclose experts and produce reports

15 in accordance with Fed. R. Civ. P. 26(a)(2) by no later than June

16 15, 2006.

17            With regard to expert testimony intended solely for

18 rebuttal, those experts shall be disclosed and reports produced

19 in accordance with Fed. R. Civ. P. 26(a)(2) on or before June 29,

20 2006.   Expert discovery will close no later than July 13, 2006.

21           All discovery, including depositions for preservation

22 of testimony, is left open, save and except that it shall be so

23 conducted as to be completed by May 26, 2006.   The word

24 "completed" means that all discovery shall have been conducted so

25 that all depositions have been taken and any disputes relevant to

26 discovery shall have been resolved by appropriate order if

27 necessary and, where discovery has been ordered, the order has

28 been obeyed.   All motions to compel discovery must be noticed on

1 the magistrate judge's calendar in accordance with the local

2 rules of this court and so that such motions may be heard (and

3 any resulting orders obeyed) not later than May 26, 2006.

4              V.   MOTION HEARING SCHEDULE

5         All motions, except motions for continuances, temporary

6 restraining orders or other emergency applications, shall be

7 filed on or before August 4, 2006.  All motions shall be noticed

8 for the next available hearing date.  Counsel are cautioned to

9 refer to the local rules regarding the requirements for noticing

10 and opposing such motions on the court's regularly scheduled law

11 and motion calendar.

12             VI.  FINAL PRETRIAL CONFERENCE

13         The Final Pretrial Conference is set for October 10,

14 2006 at 10:00 a.m.  The conference shall be attended by at least

15 one of the attorneys who will conduct the trial for each of the

16 parties and by any unrepresented parties.

17         Counsel for all parties are to be fully prepared for

18 trial at the time of the Pretrial Conference, with no matters

19 remaining to be accomplished except production of witnesses for

20 oral testimony.  Counsel shall file separate pretrial statements,

21 and are referred to Local Rules 16-281 and 16-282 relating to the

22 contents of and time for filing those statements.  In addition to

23 those subjects listed in Local Rule 16-281(b), the parties are to

24 provide the court with: (1) a plain, concise statement which

25 identifies every non-discovery motion which has been made to the

26 court, and its resolution; (2) a list of the remaining claims as

27 against each defendant; and (3) the estimated number of trial

28 days.

1           In providing the plain, concise statements of

2  undisputed facts and disputed factual issues contemplated by

3  Local Rule 16-281(b)(3)-(4), the parties shall emphasize the

4  claims that remain at issue, and any remaining affirmatively pled

5  defenses thereto.  If the case is to be tried to a jury, the

6  parties shall also prepare a succinct statement of the case,

7  which is appropriate for the court to read to the jury.

8           VII.   TRIAL SETTING

9           The trial is set for December 19, 2006.

10          VIII.   SETTLEMENT CONFERENCE

11         A Settlement Conference will be set at the time of the

12  Pretrial Conference.

13         Counsel are instructed to have a principal with full

14  settlement authority present at the Settlement Conference or to

15  be fully authorized to settle the matter on any terms.  At least

16  seven calendar days before the Settlement Conference counsel for

17  each party shall submit a confidential Settlement Conference

18  Statement for review by the settlement judge.  If the settlement

19  judge is not the trial judge, the Settlement Conference

20  Statements shall not be filed and will not otherwise be disclosed

21  to the trial judge.

22          IX.   MODIFICATIONS TO SCHEDULING ORDER

23         Any requests to modify the dates or terms of this

24  Scheduling Order, except requests to change the dates of the

25  final Pretrial Conference or trial, may be heard and decided by

26  the assigned Magistrate Judge.  All requests to change the dates

27  //

28  //

1  of the Pretrial Conference and/or trial shall be heard and

2  decided only the undersigned judge.

3  DATED: August 5, 2005.

4

5  WILLIAM B. SHUBB

6  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28