1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10                             ----oo0oo----

11   MAXIT DESIGNS, INC., a
     California corporation,
12                                      CASE NO. CIV. S-05-01040 WBS/DAD
                 Plaintiff,
13
            v.
14

15   COVILLE, INC., a North
     Carolina corporation,
16
                 Defendant.
17   _____/
                                             ORDER
18   COLVILLE, INC., a North
     Carolina corporation,
19
                 Plaintiff,
20
            v.
21                                      CASE NO. MC. S-06-00057
                                                  FCD-KJM
22
     MAXIT DESIGNS, INC.,
23
                 Defendant.
24   _____/

25

26          The court has received the Notice and Motion to Relate

27   Cases concerning the above-captioned cases filed on August 8,

28   2006.  See Local Rule 83-123.  The court has, however, determined

that it is inappropriate to relate or reassign the cases at this time, and therefore declines to do so.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

        IT IS SO ORDERED.

DATED: August 9, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE