| | |
|---|---|
| 1 | **Christopher W. Brown, SBN 243472** |
| | cbrown@dubofflaw.com |
| 2 | The DuBoff Law Group, LLC |
| | 6665 SW Hampton Street, Suite 200 |
| 3 | Portland, OR  97223-8357 |
| | Telephone: (503) 968-8111 |
| 4 | Facsimile: (503) 968-7228 |
| | Attorneys for Defendant, Coville, Inc. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAXIT DESIGNS, INC., a California corporation, | | CIVIL NO. 2:05-CV-01040-WBS-DAD |
| | Plaintiff, | **STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY FEES** |
| v. | | |
| COVILLE, INC., a North Carolina corporation, | | |
| | Defendant. | |

In accordance with the Federal Rules of Civil Procedure and by agreement of the undersigned counsel:

IT IS HEREBY STIPULATED AND AGREED THAT:

1. The Court granted Defendant Coville, Inc.'s ("Coville") Motion to Compel Arbitration and Dismiss this Case on September 25, 2006.

2. Pursuant to Local Rule 54-293, a motion for attorney fees based on this order is due October 25, 2006.

Page 1- STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY FEES

PDF created with pdfFactory trial version www.pdffactory.com

3. The parties have worked out a tentative settlement agreement regarding all issues underlying this case. The parties are actively working to finalize this agreement, but will not be able to finalize it before Coville's motion is due.

4. Coville seeks a 12-day extension to file its motion for attorney fees in order to preserve its rights and save judicial resources. If the settlement agreement is finalized, no motion for attorney fees will be filed. Plaintiff Maxit Designs, Inc. ("Maxit") agrees.

5. With this extension, Coville's motion for attorney fees will be due by November 6, 2006.

THE DUBOFF LAW GROUP, LLC

DATED: October 25, 2006   /s/Christopher W. Brown
Christopher W. Brown, SBN 243472
6665 SW Hampton Street, Suite 200
Portland, OR 97223-8357
(503) 968-8111
cbrown@dubofflaw.com
Of Attorneys for Defendant Coville, Inc.

WILCOXEN CALLAHAN MONTGOMERY & DEACON, LLP

DATED: October 25, 2006   /s/Steven Schultz
Steven H. Schultz, SBN 163543
2114 K Street
Sacramento, CA 95816
(916) 442-2777
Schultz@wilcoxenlaw.com
Of Attorneys for Plaintiff Maxit Designs, Inc.

**IT IS SO ORDERED:**
DATED: October 26, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Page 2- STIPULATED MOTION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEY FEES

PDF created with pdfFactory trial version www.pdffactory.com